

# THE ATTORNEY GENERAL
## OF TEXAS
### AUSTIN, TEXAS

GERALD C. MANN
ＸＸＸＸＸＸ ＸＸＸＸＸＸＸ
ATTORNEY GENERAL

Mrs. Eloween Mesch, R.N.
Secretary, Board of Nurse Examiners
609 Milam Building
San Antonio, Texas

Dear Mrs. Mesch:

Opinion No. 0-1030
Re: The authority of the Board of
Nurse Examiners to request the
Prosecuting Attorney of Harris
County to take action in regard
to Peterson Training Course for
Practical Nurses.

We have your letter requesting an opinion of this department as to the authority of your Board of Nurse Examiners to request the prosecuting attorney of Harris County to take action to prevent the operation of the Peterson Training Course for Practical Nurses or other similar schools.

Your letter quotes from a letter of the attorney of your "Texas Graduate Nurses' Association, advising you that the schools in question come under the jurisdiction of the State Board of Nurse Examiners, and therefore, you should request the assistance of the Attorney General of Texas in the enforcement of control over such schools.

We have searched the statutes with reference to the regulation of nurses in Texas, namely, Article 4513 to Article 4528 inclusive of the Revised Civil Statutes of Texas. These statutes deal with the regulation of Registered Nurses and the practice of that profession together with the appointment and operation of the Board of Nurse Examiners in Texas. We find nothing in those statutes that indicate to us that your board has any authority or control

over the practical nurses in this State or of teaching practical nursing.

On the other hand, we find Article 4528, Revised Civil Statutes, which reads as follows:

> "This law shall not be construed to apply to the gratuitous nursing of the sick by friends, nor any person nursing the sick for hire who does not in any way assume or profess to practice as a graduate certified registered nurse."

The term "practical nurse" denotes to us that the person practicing such a profession does practice for hire or compensation and expressly indicate that that person is not a graduate registered nurse. Unless the school in question represents itself, as training persons for graduate certified registered nursing, the statutes, Articles 4513 and 4528 are not applicable. We find nothing that indicates that the Legislature intended that your board should exercise any control over such school.

It is our opinion that though you request the district or county attorney of Harris or some other county to take action to prevent the maintenance and operation of such school as the Peterson Training Course for Practical Nurses, the District Attorney, County Attorney or the Attorney General has no authority to take any action to restrain the operation of this school.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By   (Signed)  Morris Hodges

MH:AW:sl

Morris Hodges
Assistant

APPROVED JUL 17, 1939
(Signed)  W. F. Moore
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION COMMITTEE
By  W. R. K., Chairman